IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01734-WYD-KLM

JASON DEWEY, and
ALICIA DEWEY,

    Plaintiff,

v.

DANIEL LAUER,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint** [Docket No. 18; Filed November 3, 2008] (the "First Motion to Amend"), **Unopposed and Resubmitted Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint** [Docket No. 24; Filed November 11, 2008] (the "Second Motion to Amend") and **Unopposed Plaintiffs' First Motion to Extend Time for Defendant's Filing or Response to Plaintiff's** [sic] **First Amended and Supplemental Complaint** [Docket No. 25; Filed November 11, 2008].

Plaintiffs request leave to file a First Amended Complaint. Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Dev. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of

undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). In their Second Motion to Amend, Plaintiffs indicate that additional events have taken place since the original Complaint was filed that necessitate the filing of an Amended Complaint, and that Defendant does not oppose the filing of a First Amended Complaint. *Second Motion to Amend* [#24] at 2. Accordingly, the Court finds that justice requires that Plaintiffs be allowed to file a First Amended Complaint.

IT IS HEREBY **ORDERED** that **Unopposed and Resubmitted Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint** [Docket No. 24; Filed November 11, 2008] is **GRANTED**. Plaintiffs' First Amended and Supplemental Complaint [Docket No. 18-2; Filed November 3, 2008] is **accepted for filing** as of the date of this Order.

IT IS FURTHER **ORDERED** that **Unopposed Plaintiffs' First Motion to Extend Time for Defendant's Filing or Response to Plaintiff's** [sic] **First Amended and Supplemental Complaint** [Docket No. 25; Filed November 11, 2008] is **GRANTED**. Defendant shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **December 3, 2008**.

IT IS FURTHER **ORDERED** that **Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint** [Docket No. 18; Filed November 3, 2008] is **DENIED AS MOOT**.

BY THE COURT:
\_\_s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: November 17, 2008