IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01734-WYD-KLM

JASON DEWEY and
ALICIA DEWEY,

    Plaintiffs,

v.

DANIEL LAUER and
DANIEL LAUER & ASSOCIATES, LTD.,
a Colorado Corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Daniel Lauer's Motion to Dismiss Complaint [doc. #8, filed October 2, 2008] is **DENIED AS MOOT WITHOUT PREJUDICE**, in light of the First Amended and Supplemental Complaint filed November 17, 2008 [doc. #28] and Defendants' Motion to Dismiss First Amended and Supplemental Complaint [doc. #35, filed December 3, 2008].

    Dated: April 1, 2009